IN THE SUPREME COURT OF TEXAS

 No. 10-0402

 IN RE GERARDA ESCAMILLA LUNA, AS NEXT FRIEND OF MINORS YAZMIN ALEJANDRA
 LOPEZ ESCAMILLA AND ANDREINA TORRES ESCAMILLA

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed May 28,
2010, is granted. The trial court's June 15, 2010 hearing and entry of
final judgment/enforcement of settlement agreement in Cause Nos. 2008-CVE-
1933-D3 and 2008-CVE-1933-B-D3, styled Dolores Fabiola Lopez, individually
and as personal representative of and on behalf of the Estate of Juan Luis
Lopez, deceased, and as next friend and Guardian of Janie Lopez, Juan Luis
Lopez, Jr. and Genesis Alejandra Lopez, Minor Children v. Land Line
Express, Ltd., Hector Rodriguez, and Rosa Maria Macardle, in the 341st
District Court of Webb County, Texas, are stayed pending further order of
this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 14, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk